**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM BRADLEY, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:26-cv-00950-RC |
| v. | ) |
| | ) |
| UNITED STATES AGENCY FOR | ) |
| INTERNATIONAL DEVELOPMENT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Andrea Pestone Capellán, Clark Pearson, and Meghan Waters voluntarily dismiss without prejudice, their claims against all Defendants.

Dated: June 3, 2026

Respectfully submitted,

*/s/ Kevin E. Byrnes*
Kevin E. Byrnes, D.C. Bar No. 480195
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T : (703) 590-1234
F : (703) 590-0366
kbyrnes@fluet.law
e-file@fluet.law

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing on June 3, 2026, with the Clerk of Court using the

CM/ECF system, which will send a notification of filing to all counsel of record.


/s/ Kevin E. Byrnes
Kevin E. Byrnes, Esq.